■ In the Matter of DEBORAH FUSS, Appellant, v MARSHA NICEFORO, Respondent. (Appeal No. 2.) [668 NYS2d 116] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Fuss v Niceforo* (244 AD2d 858 [decided herewith]). (Appeal from Order of Erie County Family Court, Szczur, J.—Custody.) Present—Pine, J. P., Hayes, Wisner, Callahan and Doerr, JJ.